**Oscar CODIER, Appellant, v. Ruth G. CODIER.**

No. 13315.

Circuit-Court of Appeals, Eighth Circuit.

April 22, 1946.

Penelope H. Anderson, of Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, on motion of appellee.

**Morris HOLLOWAY, Intervener, Appellant, v. FORD, BACON & DAVIS, Inc.**

No. 13262.

Circuit Court of Appeals, Eighth Circuit.

April 8, 1946.

Golden Blount, of Little Rock, Ark., for appellant.

Warren E. Wood, Asst. U. S. Atty., of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, on motion of appellant.

**George D. LIVIE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 10068.

Circuit Court of Appeals, Sixth Circuit.

May 28, 1946.

B. Dave Bushaw, of Detroit, Mich., for petitioner.

Sewall Key, of Washington, D. C., for respondent.

Before HICKS, MARTIN, and MILLER, Circuit Judges.

PER CURIAM.

This cause having been argued orally on petition for review of the decision of the tax court, and the record in the cause and the briefs of attorneys having been also duly considered, the decision of the tax court is affirmed on the authority of Commissioner of Internal Revenue v. Tower, 326 U.S. ——, 66 S.Ct. 532; and Lusthaus v. Commissioner of Internal Revenue, 326 U.S. ——, 66 S.Ct. 539. See also Lorenz v. Commissioner of Internal Revenue, 6 Cir., 148 F.2d 527; Lowry v. Commissioner of Internal Revenue, 6 Cir., 154 F. 2d 448; and Camfield v. Commissioner of Internal Revenue, 6 Cir., 154 F.2d 1016.

**Lewis LOWENSTEIN, Transferee, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 13073.

Circuit Court of Appeals, Eighth Circuit.

May 7, 1946.

H. M. Stolar and Fred L. Kuhlmann, both of St. Louis, Mo., for petitioner.

Sewall Key, Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John M. Morawski, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in No. 13072, Bond Auto Loan Corporation et al., Petitioners v. Commissioner of Internal Revenue, 8 Cir., 153 F.2d 50, on stipulation of parties.